# Order

Michigan Supreme Court
Lansing, Michigan

December 30, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

137040

THOMAS R. OKRIE,
    Plaintiff/Counter-
    Defendant-Appellant,

v

ETTEMA BROTHERS, TROMBLEY
SOD FARM, and MRS. TERRY
TROMBLEY,
    Defendants-Appellees,

and

WILMA ETTEMA, DORIS ETTEMA,
and ELAINE ETTEMA,
    Defendants,

and

TERRY TROMBLEY,
    Defendant/Counter-
    Plaintiff-Appellee.

SC: 137040
COA: 275630
St. Clair CC: 03-002526-CZ

_____/

On order of the Court, the application for leave to appeal the May 13, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 30, 2008

Clerk